**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, <br><br> Plaintiff, <br><br> v. <br><br> CADENT FINANCIAL SERVICES, <br><br> Defendant. | Honorable Rebecca R. Pallmeyer <br><br> Case No. 09-cv-00127 |

**CADENT FINANCIAL SERVICES' MOTION FOR ENTRY OF JUDGMENT ON
COUNTS I THROUGH V OF THE TRUSTEE'S SECOND AMENDED COMPLAINT**

Defendant, Cadent Financial Services ("Cadent"), respectfully submits this Motion for Entry of Judgment on Counts I through V of the Trustee's Second Amended Complaint. Specifically, Cadent seeks an Order from the Court: (1) entering judgment in Cadent's favor and against the Trustee on Counts I through V of the Trustee's Second Amended Complaint; (2) directing the Trustee to pay Cadent its pro rata share of the SEG 1 Reserve and the Section 7.20(b) Disputed Claims Reserve within seven days of this Court's entry of judgment on Count III; and (3) granting all other just relief.

A Memorandum of Law has been submitted herewith.

Accordingly, in view of the arguments in the accompanying memorandum, Cadent respectfully requests that the Court GRANT its Motion for Entry of Judgment on Counts I through V of the Trustee's Second Amended Complaint.

Dated: October 13, 2017                    Respectfully submitted,

                                           CADENT FINANCIAL SERVICES

                                           By: /s/ Geoffrey S. Goodman
                                              Stephen P. Bedell  (#3125972)
                                              William J. McKenna  (#3124763)
                                              Thomas P. Krebs  (#6229634)
                                              Geoffrey S. Goodman  (#6272297)
                                              Foley & Lardner LLP
                                              321 North Clark Street, Suite 2800
                                              Chicago, IL 60654-5313
                                              Telephone:  (312) 832-4500
                                              Facsimile:   (312) 832-4700

## CERTIFICATE OF SERVICE

       I, Peter J. O'Meara, an attorney, hereby certify that on October 13 2017, I electronically filed the foregoing CADENT FINANCIAL SERVICES' MOTION FOR ENTRY OF JUDGMENT ON COUNTS I, II, IV and V with the Clerk of the Court using the CM/ECF system, which caused the same to be served on all counsel of record via ECF filing.

                                      By: */s/* Peter J. O'Meara
                                            One of its attorneys